UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ERNEST HARDY,
        Plaintiff,                         CASE NO. 11-20692-CIV-COOKE
                                                  MAGISTRATE JUDGE BANDSTRA
vs.

10400 FOODCORP., INC.,
        Defendant.
_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

      Plaintiff, ERNEST HARDY, and Defendant, 10400 FOODCORP, INC., hereby file this Stipulation for Dismissal with Prejudice, pursuant to Fed.R.Civ.P. 41 (a)(1)(ii). Each party shall bear its own costs and attorney's fees.

Respectfully submitted,

| | |
|---|---|
| Mark J. Berkowitz, P.A. | The Segal Law Firm |
| Attorney for Defendant | Attorney for Plaintiff |
| 1620 W. Oakland Park Blvd. | 2131 Hollywood Blvd. |
| Suite 300 | Suite 208 |
| Ft. Lauderdale, Florida 33311 | Hollywood, Florida 33020 |
| (954) 527-0570 Telephone | (954) 920-9910 Telephone |
| (954) 915-3072 Telecopier | (954) 920-1290 Telecopier |
| Fla. Bar No. 369391 | Florida Bar No. 191371 |
| E-mail: mjb2157@aol.om | jsegal@thesegalfirm.com |
| | |
| /s/ Mark J. Berkowitz | /s/ Jacob F. Segal |
| By: Mark J. Berkowitz | By: Jacob F. Segal |

Dated on this 21st day of July, 2011.