UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20692-Civ-COOKE/TURNOFF

ERNEST HARDY,

    Plaintiff

vs.

10400 FOODCORP, INC.,

    Defendant.

_____/

**ORDER OF DISMISSAL**

THIS CASE has been dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Joint Stip. For Dismissal, ECF No. 22).  The Clerk shall **CLOSE** this case.  All pending motions, if any, are **DENIED** as moot.

**DONE AND ORDERED** in chambers, at Miami, Florida, this 29th day of July 2011.

*[signature]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*